AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CLIFFORD FRANK FLETT,

        Plaintiff,

        v.

BENTON COUNTY CORRECTIONAL CENTER and EMPLOYEES OF BENTON COUNTY,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5148-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED as frivolous under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

January 19, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia